# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

143236

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

CROWN ENTERPRISES, INC.,
      Plaintiff-Appellant,

v

CITY OF ROMULUS,
      Defendant-Appellee,
and

AMERICAN DIESEL TRUCK REPAIR INC.,
RUBEN CHACON, and JUAN MOLINA,
      Third Party Defendants.

SC: 143236
COA: 286525
Wayne CC: 05-519614-CZ

_____/

     On order of the Court, the application for leave to appeal the May 3, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

t0319